# United States Bankruptcy Court

For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** JEREMY E BROWN
TONYA L BROWN
3268 HILLCREST DRIVE
NORTON, OH 44203

Case No: 11-50326

**TRUSTEE'S INTENT TO PAY CLAIMS AS OF 12/14/2011**

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| 12-1 | Secured | BAC HOME LOANS SERVICING LP | None | 4,087.55 | 4,087.55 | 100.0000% |
| | Secured | FREEDOM ROAD FINANCIAL | None | None | None | 100.0000% |
| 06-1 | Priority | CENTRAL COLLECTION AGENCY<br>02-07 & 09 TAX | 500.00 | 1,349.58 | 1,349.58 | 100.0000% |
| 01-1 | Unsecured | MIDLAND CREDIT MANAGEMENT INC<br>CHASE | 2,275.00 | 2,274.98 | 1,251.24 | 55.0000% |
| 02-1 | Unsecured | OLIPHANT FINANCIAL LLC<br>TARGET (9004) | 2,100.00 | 413.02 | 227.16 | 55.0000% |
| 03-1 | Unsecured | CAPITAL ONE BANK (USA) | 3,765.00 | 3,279.68 | 1,803.82 | 55.0000% |
| 04-1 | Unsecured | ADVANTAGE ASSETS INC | None | 1,209.71 | 665.34 | 55.0000% |
| 05-1 | Unsecured | NORTHSTAR CAPITAL ACQUSITION<br>CAPITAL ONE | None | 1,453.31 | 799.32 | 55.0000% |
| 06-1 | Unsecured | CENTRAL COLLECTION AGENCY<br>02-07 & 09 TAXES | 500.00 | 489.64 | 269.30 | 55.0000% |
| 07-1 | Unsecured | CAPITAL RECOVERY III LLC<br>WALMART | 4,682.00 | 4,721.19 | 2,596.65 | 55.0000% |
| 08-1 | Unsecured | GE MONEY BANK<br>SAMS CLUB | 1,027.00 | 1,033.89 | 568.64 | 55.0000% |
| 09-1 | Unsecured | OLIPHANT FINANCIAL LLC<br>TARGET | None | 379.33 | 208.63 | 55.0000% |
| 10-1 | Unsecured | VATIV RECOVERY SOLUTIONS LLC<br>VERIZON | None | 497.23 | 273.48 | 55.0000% |
| 11-1 | Unsecured | BUREAUS INVESTMENT GROUP PORTFOLIO<br>WASHINGTON MUTUAL | 3,797.62 | 2,532.17 | 1,392.69 | 55.0000% |
| | Unsecured | ASSET RECOVERY SOLUTIONS | 2,231.38 | None | None | 55.0000% |
| | Unsecured | CDS | 80.00 | None | None | 55.0000% |
| | Unsecured | DOMINION EAST OHIO | 714.00 | None | None | 55.0000% |

# United States Bankruptcy Court

For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** JEREMY E BROWN
TONYA L BROWN
3268 HILLCREST DRIVE
NORTON, OH 44203

Case No: 11-50326

**TRUSTEE'S INTENT TO PAY CLAIMS AS OF 12/14/2011**

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| | Unsecured | HMC GROUP<br>BARB HOSP | 94.00 | None | None | 55.0000% |
| | Unsecured | HMC GROUP<br>BARB HOSP | 97.00 | None | None | 55.0000% |
| | Unsecured | FIRST CREDIT | 66.00 | None | None | 55.0000% |
| | Unsecured | FIRST FED CREDIT CONTROL<br>PATH ASSOC | 29.00 | None | None | 55.0000% |
| | Unsecured | FIRST FED CREDIT CONTROL<br>ANES SERV | 72.00 | None | None | 55.0000% |
| | Unsecured | FIDELITY PROPERTIES, INC<br>RADIO & IMAG | 21.00 | None | None | 55.0000% |
| | Unsecured | FIDELITY PROPERTIES, INC<br>RADIO & IMAG | 23.00 | None | None | 55.0000% |
| | Unsecured | FIDELITY PROPERTIES, INC<br>SUMMA | 89.00 | None | None | 55.0000% |
| | Unsecured | FIDELITY PROPERTIES, INC<br>FAIRLWN DERM | 93.00 | None | None | 55.0000% |
| | Unsecured | WADSWORTH RITTMAN HOSPITAL | 1,269.00 | None | None | 55.0000% |
| | Unsecured | TOWN & COUNTRY CO-OP | 357.34 | None | None | 55.0000% |
| | Unsecured | HMC GROUP<br>MEDINA GEN HOSP | 360.75 | None | None | 55.0000% |
| | Unsecured | TEAM RECOVERY<br>ROBERT GUTHRIE DDS | 105.00 | None | None | 55.0000% |
| | Unsecured | TEAM RECOVERY<br>WADS-RITTMAN HOSP | 369.00 | None | None | 55.0000% |
| | Unsecured | TEAM RECOVERY<br>WADS-RITTMAN HOSP | 714.00 | None | None | 55.0000% |
| | Unsecured | TEAM RECOVERY<br>PARTERS PHYS GRP | 56.91 | None | None | 55.0000% |
| | Unsecured | SOUTHWEST CREDIT SYSTEMS | 75.09 | None | None | 55.0000% |

# United States Bankruptcy Court

For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** JEREMY E BROWN
TONYA L BROWN
3268 HILLCREST DRIVE
NORTON, OH 44203

Case No: 11-50326

**TRUSTEE'S INTENT TO PAY CLAIMS AS OF 12/14/2011**

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| | Unsecured | PARTNERS PHYSICIAN GROUP | 149.05 | None | None | 55.0000% |
| | Unsecured | WELTMAN WEINBERG & REIS<br>HSBC | 3,838.00 | None | None | 55.0000% |
| | Unsecured | HMC GROUP<br>BARB HOSP | 90.00 | None | None | 55.0000% |
| | Unsecured | CDS | 50.00 | None | None | 55.0000% |
| | Unsecured | CDS | 80.00 | None | None | 55.0000% |
| | Unsecured | CBE GROUP<br>DOMINION EOG | 714.00 | None | None | 55.0000% |
| | Unsecured | BFG FEDERAL CREDIT UNION | 790.00 | None | None | 55.0000% |
| 797 | Attorney | CHRIS G. MANOS, ATTORNEY | None | 600.00 | 600.00 | 100.0000% |
| 798 | Attorney | CHRIS G. MANOS, ATTORNEY | None | 600.00 | 600.00 | 100.0000% |

# United States Bankruptcy Court

For The

Northern District of Ohio-Eastern Division (Akron)

**IN RE:** JEREMY E BROWN
TONYA L BROWN
3268 HILLCREST DRIVE
NORTON, OH 44203

Case No: 11-50326

**TRUSTEE'S INTENT TO PAY CLAIMS AS OF 12/14/2011**

| CLAIM # | CLASS | NAME AND ADDRESS OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY% |
|---|---|---|---|---|---|---|
| 799 | Attorney | CHRIS G. MANOS, ATTORNEY | 3,000.00 | 575.00 | 575.00 | 100.0000% |
| | Dated: 12/14/2011 | Case Totals | 34,274.14 | 25,496.28 | 17,268.40 | |

NOTICE

Absent an objection or court order, the Trustee shall pay proofs of claims as filed pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3001(F). If the Debtor(s) have an objection to paying a claim as filed they should immediately contact their attorney to discuss if an objection can be filed to the claim.

Keith L. Rucinski
Chapter 13 Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308

A copy of the foregoing Trustee's Intent to Pay Claims was served electronically thru ECF on the debtor's attorney and by regular U.S. mail upon the debtor(s).

CHRIS G. MANOS, ATTORNEY
2745 NESBITT AVE
AKRON, OH 44319

JEREMY E BROWN
TONYA L BROWN
3268 HILLCREST DRIVE
NORTON, OH 44203