THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 11-50326
JEREMY E and TONYA L BROWN )
Debtor(s) ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
)
) TRUSTEE'S MOTION TO
) DISMISS DUE TO FAILURE OF
) DEBTOR(S) TO MAKE PLAN
) PAYMENTS

---

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and requests an order of dismissal of the above mentioned Chapter 13 Plan due to the following:

1. Debtor(s) has/have not been making his/her/their Chapter 13 Plan payments as ordered.

2. The case was filed on **02/01/2011**.

3. The monthly Plan payments are $**400.00**.

4. As of this date, the payments into the Plan should total **$10,800.00**.

5. As of this date, the payments into the Plan total **$7,691.70**.

6. As of this date, the arrearages total is **$3,108.30**.

7. The last payment was received on **August 05, 2013.**

### NOTICE TO ATTORNEYS

\*\***Pursuant to this Court's Administrative Order 00-4, attorneys are required to file a notice of no opposition or a notice of inability to communicate with the debtor(s).**

**In the alternative, attorneys may contact Holly Byler, at the Chapter 13 Trustee's Office at 330.762.6335 ext. 225 or hbyler@ch13akron.com at least 2 days prior to the scheduled Court hearing to resolve this motion.**

**If attorneys do not file a response or contact the Chapter 13 Office, attorneys are required to appear at any Court hearing on this matter.** \*\*

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

| | |
|---|---|
| JEREMY E BROWN<br>3268 HILLCREST DRIVE<br>NORTON, OH 44203<br>(Via Regular mail) | TONYA L BROWN<br>3268 HILLCREST DRIVE<br>NORTON, OH 44203<br>(Via Regular Mail) |

CHRIS G. MANOS, ATTORNEY(via ECF)

Keith L. Rucinski, Chapter 13 Trustee(via ECF)

Office of the US Trustee(via ECF)

Date of Service: **11/27/2013**     By: **Holly Byler**
                                    Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com